Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of 1801 SIXTH AVENUE, LLC, Appellant, v EMPIRE ZONE DESIGNATION BOARD et al., Respondents. (Proceeding No. 1.)

In the Matter of HIAWATHA ASSOCIATES, LLC, Appellant, v EMPIRE ZONE DESIGNATION BOARD et al., Respondents. (Proceeding No. 2.)

In the Matter of ERIE BOULEVARD HYDROPOWER, LP, Appellant, v EMPIRE ZONE DESIGNATION BOARD et al., Respondents. (Proceeding No. 3.)

In the Matter of PIONEER FULTON SHOPPING CENTER, LLC, Appellant, v EMPIRE ZONE DESIGNATION BOARD et al., Respondents. (Proceeding No. 4.)

In the Matter of THIRD NATIONAL ASSOCIATES GROUP, Appellant, v EMPIRE ZONE DESIGNATION BOARD et al., Respondents. (Proceeding No. 5.)

In the Matter of THIRD NATIONAL ASSOCIATES, LLC, Appellant, v EMPIRE ZONE DESIGNATION BOARD et al., Respondents. (Proceeding No. 6.)

Submitted October 22, 2012; decided December 13, 2012

Motions for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution.

In the Matter of FEDIE R. REDD, Appellant, v EDWARD A. BATTISTI et al., Respondents.

Submitted October 15, 2012; decided December 13, 2012

Motion, insofar as it seeks leave to appeal from the Appellate Division order affirming the Supreme Court judgment, denied; motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or, in the alternative, leave